BARRY J. PORTMAN
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant DAVID SALDONA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-06 000467 MJJ [JCS] |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER PERMITTING DEFENDANT TO TRAVEL OUT OF DISTRICT FOR FAMILY EMERGENCY |
| vs. | |
| DAVID SALDONA, | |
| Defendant. | |

David Saldona presently is on supervised release and residing at the Cornell Corrections facility in Oakland, California. He learned this morning that his father, Guadalupe Saldona, died in Juarez, Mexico. Mr. Saldona is the oldest child of Guadalupe Saldona and the family has called upon Mr. Saldona to travel to Mexico to claim the body and assist in making funeral arrangements.

IT IS STIPULATED AND AGREED that Mr. Saldona may travel to Mexico provided that he first confirm his itinerary with his probation officer, limit his travel to those activities relating to claiming his father's body, and arranging for funeral and burial services, and return to Cornell Corrections within one week of his departure.

STIP/ORD                                                              1

Dated:    /S/
_____
W. DOUGLAS SPRAGUE
Assistant United States Attorney

Dated:    /S/
_____
JEROME E. MATTHEWS
Assistant Federal Public Defender

Dated:    /S/
_____
ROBERT E. TENNEY
U.S. Probation Officer

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Good cause appearing therefor, IT IS ORDERED that Donald Saldona may travel to Mexico provided that he first confirm his itinerary with his probation officer, limit his travel to those activities relating to claiming his father's body and arranging for funeral and burial services, and return to Cornell Corrections within one week of his departure.  Mr. Saldona shall also abide by the existing conditions of his supervised release, and whatever other conditions his probation officer deems appropriate.

Dated:  8/21/07

_____
JOSEPH
United                    ge
Judge Joseph C. Spero

STIP/ORD                                             2